BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 2:12-MJ-00168 GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING DETENTION HEARING** |
| ERIC JOHNSTON, | |
| Defendant. | |

The parties request that the detention hearing currently set for Thursday, June 21, 2012, at 2:00 p.m., be continued to Friday, June 22, 2012, at 2 p.m.  This request is made in order to allow both parties sufficient time to prepare for the detention hearing.

Dated: 06/21/2012                    Respectfully Submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  */s/ Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney

Dated: 06/21/2012                    */s/ Kyle Reardon* for
                                     JAN KAROWSKY
                                     Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES, | CASE NO. 2:12-MJ-00168 GGH |
| Plaintiff, | |
| v. | **ORDER CONTINUING DETENTION HEARING** |
| ERIC JOHNSTON, | |
| Defendant. | |

The parties' stipulation is approved and so ordered as good cause is shown. The detention hearing currently set for Thursday, June 21, 2012, at 2 p.m. is continued to Friday, June 22, 2012, at 2 p.m.

Dated: June 21, 2012

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge