KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
Nicholas Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PERRY and ERIC JOHNSTON,<br><br>Defendant. | Case No. 2:12-cr-00238-MCE<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, KRESTA DALY, and defendant Eric Johnston, through his counsel Jan David Karowsky, that the status conference set for October 18, 2012 be vacated.  The parties request a new status hearing be set for December 13, 2012.

All counsel require additional time for on-going negotiations.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

//

//

//

Dated:  October 15, 2012.        Respectfully submitted,

                                         BARTH TOZER & DALY LLP

                                       By    /s/ Kresta Nora Daly
                                                        KRESTA NORA DALY
                                                        Attorneys for ROBERT BAUER


Dated:  October 15, 2012.        By    /s/ Kresta Nora Daly for
                                                        Jan David Karowsky,
                                                        Attorney for ERIC JOHNSTON


Dated:  October 15, 2012.        By    /s/ Kresta Nora Daly for
                                                        KYLE REARDON,
                                                        Assistant United States Attorney


## O R D E R

For the reasons stipulated by the parties the status hearing set for October 18, 2012 is vacated.  A status hearing will be set for December 13, 2012.  The Court finds excludable time through December 13, 2012 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**


Dated:  October 17, 2012

                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE