**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:12-cr-00238-MCE |
| Plaintiff, | ) **ORDER TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE** |
| Nicholas Perry and Eric Johnston, | ) **DATE:** December 7, 2012 |
| Defendants | ) **TIME:** 10:00 a.m. |
| | ) **JUDGE:** Hon. Morrison E. England, Jr. |

## **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial and that the time within which the trial of this matter

- 1 -

must be commenced under the Speedy Trial Act is excluded during the time period from and including December 7, 2012, through and including January 24, 2013, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The status conference in this matter is hereby **continued to January 24, 2013, at 9 a.m.**

**IT IS SO ORDERED.**

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE