**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br> vs.<br><br>Nicholas Perry and Eric Johnston,<br><br>  Defendants | Case No.: 2:12-cr-0238-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   May 30, 2013<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison E. England, Jr. |

All counsel still need additional time for ongoing negotiations.  Therefore, it is requested that the Status Conference set for May 30, 2013 at 9:00 a.m. be continued to August 29, 2013 at 9:00 a.m..  I have spoken to both AUSA Kyle Reardon and counsel for Mr. Perry, Kresta Daly, both of whom agree to this request and further agree that I may sign their names to it.

**STIPULATION**

Plaintiff, United States, and Defendants, Nicholas Perry and Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to  August 29, 2013 at 9:00 a.m. The parties further stipulate that time may be

1  excluded from the Speedy Trial Act calculation from and including the date of May 30, 2013, the
2  date currently set for the Status Conference, to and including August 29, 2013, the new Status
3  Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order
4  to give Counsel for the Defendants reasonable time to prepare.  The parties stipulate that the ends
5  of justice to be served by granting the continuance outweigh the best interests of the public and
6  defendants in a speedy trial.

7  **IT IS SO STIPULATED.**

8

9  DATED:       May 29, 2013           BENJAMIN B. WAGNER
                                       United States Attorney

10
                                              /s/  Kyle Reardon
11                                            by Jan David Karowsky w/
                                              Mr. Reardon's approval
12                                     by
                                              Kyle Reardon
13                                            Assistant U.S. Attorney

14
    DATED:       May 23, 2013           KRESTA DALY
15                                      Attorney at Law

16
                                              /s/ Kresta Daly
17                                            By Jan David Karowsky w/
                                              Ms. Daly's approval
18                                            Attorney for Defendant
                                              Nicholas Perry
19

20  DATED:       May 29, 2013           JAN DAVID KAROWSKY
                                        Attorney at Law
21                                      A Professional Corporation

22                                            /s/ Jan David Karowsky

23                                     by
                                              JAN DAVID KAROWSKY
24                                            Attorney for Defendant
                                              Eric Johnston
25

- 2 -

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including May 30, 2013, through and including August 29, 2013, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. The status conference in this matter is hereby continued to August 29, 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

DATED: May 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT