**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

    vs.

Eric Johnston,

        Defendant

)  Case No.:  Cr.S-12-0238-MCE
)
)
)  **STIPULATION TO CONTINUE**
)  **STATUS CONFERENCE**
)
)
)  **DATE:   December 12, 2013**
)  **TIME:    9:00 a.m.**
)  **JUDGE:  Hon. Morrison E. England, Jr.**
)
)
)

_____

     The government and counsel for Eric Johnston are in the final stage of ongoing

negotiations to settle the case on a global basis along with the Sacramento County District

Attorney's office.  All parties need a bit more time to iron out final details.  Therefore, it is

requested that the Status Conference set for December 12, 2013 at 9:00 a.m. be continued to

January 9, 2014 at 9:00 a.m..  I have spoken to AUSA Kyle Reardon who agrees to this request

and further agrees that I may sign his name to it.

**STIPULATION**

Plaintiff, United States, and Defendant, Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to January 9, 2014 at 9:00 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from and including the date of December 12, 2013, the date currently set for the Status Conference, to and including January 9, 2014, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order to give Counsel for the Defendants reasonable time to prepare.  The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED:      December 12, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/  Kyle Reardon
                                                 by Jan David Karowsky w/
                                                 Mr. Reardon's approval
                                   by
                                                 Kyle Reardon
                                                 Assistant U.S. Attorney


DATED:      December 12, 2013                    JAN DAVID KAROWSKY
                                                 Attorney at Law
                                                 A Professional Corporation

                                                 /s/ Jan David Karowsky
                                   by
                                                 JAN DAVID KAROWSKY
                                                 Attorney for Defendant
                                                 Eric Johnston

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including December 12, 2013, through and including January 9, 2014, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  December 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT