UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-cr- 0238 MCE |
| Plaintiff, | |
| v. | ORDER |
| Eric Johnston, | |
| Defendant. | |

GOOD CAUSE APPEARING, Defendant, Eric Johnston, shall be released from detention at the Sacramento County Jail through the U.S. Marshal's Office from 8:30 a.m. on March 12, 2014 until 1:30 p.m. on March 12, 2014, with the understanding that he shall remain in the custody and presence of investigator, Mary Elizabeth Greenberg for the entire time of his release.

The defendant is reminded that he will be subject to additional punishment above what he is already facing if he fails to return to the Sacramento County Jail at the time specified in this Order.

IT IS SO ORDERED.

Dated: March 11, 2014

Dad1.crim
Johnston12cr0238.temprelease

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1