**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Nicholas Perry and Eric Johnston,<br><br>    Defendants | Case No.: 2:12-cr-0238-MCE<br><br>**STIPULATION TO CONTINUE DATE FOR SENTENCING; TO RE-SET THE DISCLOSURE SCHEDULE; ORDER THEREON**<br><br>DATE:  June 12, 2013<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Morrison E. England, Jr. |

    Sentencing was set for June 12, 2014. For various reasons, all parties need more time to finalize and obtain responses to formal objections and then to prepare and file sentencing memoranda. Therefore, it is requested that the date set for sentencing of June 12, 2014 be continued to July 31, 2014. I have spoken to AUSA Kyle Reardon who agrees to this request and further agrees that I may sign his name to it. U.S. Probation Officer Lisa Hage also agrees with this request.

1  Therefore, after consulting all parties, we are requesting the Court continue the
2  Sentencing Hearing now set for June 12, 2014 at 9:00 a.m. to the date of July 31, 2014 at 9:00
3  a.m. and adopt the following disclosure schedule, to which all parties and U.S. Probation agree:

| | |
|---|---|
| Judgment and Sentencing date: | July 31, 2014 |
| Reply, or Statement of Non-Opposition | July 24, 2014 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 17, 2014 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 10, 2014 |
| The proposed Presentence Report was previously disclosed to counsel: | May 12, 2014 |

## STIPULATION

Plaintiff, United States, and Defendant, Eric Johnston, through their undersigned counsel, hereby stipulate, agree, and request the Court re-set the date for sentencing in the above-mentioned matter from June 9, 2014 to July 31, 2014 at 9:00 a.m. and the Court adopt the above-described disclosure schedule.

**IT IS SO STIPULATED.**

DATED:   June 3, 2014          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Kyle Reardon
                               by Jan David Karowsky w/
                               Mr. Reardon's approval

                               By

                               Kyle Reardon
                               Assistant U.S. Attorney

DATED: June 3, 2014

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

By

JAN DAVID KAROWSKY
Attorney for Defendant
Eric Johnston

## ORDER

Based on the Court's findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Sentencing in this matter is continued from June 9, 2014 to July 31, 2014.  The Presentence Report shall be filed and disclosed to counsel not later than July 10, 2014.   Any motion for correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 17, 2014.  Any reply, or statement of non-opposition with respect to such motion is due by July 24, 2014.

**IT IS SO ORDERED.**

**Dated:  June 3, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT