**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC JOHNSTON,<br><br>　　　　Defendant | Case No. 2:12-cr-238-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION/DISPOSITIONAL HEARING**<br><br>DATE:　March 30, 2023<br>TIME:　9:30 a.m.<br>JUDGE: Troy L. Nunley<br>　　　　U.S. District Court Judge |

IT IS HEREBY STIPULATED AND AGREED by and between the Government, through Assistant United States Attorney Dhruv Sharma and Defendant Eric Johnston, through Jan Karowsky, his counsel, that the dispositional hearing in this matter be continued from March 30, 2023 to June 8, 2023.

Certain issues have arisen since counsel for Mr. Johnston received the Dispositional Memorandum on March 23, 2023. Counsel was able to meet with Mr. Johnston on March 27, 2023 at which time various issues were raised which counsel needs to investigate. Therefore, in order to effectively represent Mr. Johnston, counsel needs more time to investigate and prepare for the dispositional hearing.

The Speedy Trial Act does not apply. The parties stipulate and agree to continue the dispositional hearing to June 8, 2023, at 9:30 a.m.

IT IS SO STIPULATED.

DATED:     March 27, 2023          Phillip Talbert
                                   United States Attorney

                             by    /s/ Dhruv Sharma by Jan Karowsky
                                   with Mr. Sharma's permission

                                   Dhruv Sharma
                                   Assistant U.S. Attorney
                                   by Jan David Karowsky

DATED:     March 27, 2023          JAN DAVID KAROWSKY
                                   Attorney at Law
                                   A Professional Corporation

                             by    /s/ Jan Karowsky

                                   JAN DAVID KAROWSKY
                                   Attorney for Defendant
                                   Eric Johnston

**IT IS SO ORDERED**

DATED:  March 28, 2023

                                   _____
                                   Troy L. Nunley
                                   United States District Judge